IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS, DIVISION

| | | |
|---|---|---|
| TRX Dynasty Express Trust | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25CV1458-O-BP |
| | § | |
| Prestige Default Services, LLC; Barclays Bank PLC (Trustee of LB-Dwelling Series VI Trust); Wilmington Trust, N.A. (Trustee of MFRA Trust 2015-1); Meridian Asset Services, LLC; ServiceMac LLC; Resolve Trustee Services L.L.C.; Auction.com and Individual Auctioneers; Citadel Servicing Corporation dba Acra Lending; Citadel Asset Flow; | § | |
| | § | |
| Defendants. | § | |

PLAINTIFF TRX DYNASTY EXPRESS TRUST'S FIRST AMENDED COMPLAINT

Plaintiff TRX Dynasty Express Trust, by and through its Representative and Trustees, files this First Amended Complaint as a matter of course under Fed. R. Civ. P. 15(a) with consent/leave, to add additional defendants identified through subsequent review, and for causes of action would respectfully show the Court as follows:

PARTIES

1. Plaintiff TRX Dynasty Express Trust ("Plaintiff") is a trust and the owner of the real property located at 5981 Hudson Sail Circle, Fort Worth, Tarrant County, Texas 76179. The principal business office or address of Plaintiff is 5981 Hudson Sail Circle, Fort Worth, Tarrant County, Texas 76179. The last three digits of Plaintiff's driver's license number and social security number are not applicable as Plaintiff is not a natural person. Plaintiff may be served with process at its principal business office or wherever it may be found. Plaintiff TRX Dynasty Express Trust is the owner of the real property located at 5981 Hudson Sail Circle, Fort Worth, Tarrant County, Texas 76179, and may be served at that address

1

2. Upon information and belief, Defendant Prestige Default Services, LLC ("Prestige") is a limited liability company with its principal business office located at 16801 Addison Road, Suite 350, Addison, Dallas County, Texas 75001. Prestige may be served with process at its principal business office or by and through its registered agent at the same address. Prestige Default Services, LLC is alleged to have its principal office at 16801 Addison Road, Suite 350, Addison, Texas 75001

3. Upon information and belief, Defendant Barclays Bank PLC ("Barclays") is a public limited company organized under the laws of the United Kingdom, with a principal business office located at 745 Seventh Avenue, New York, New York 10019. Barclays may be served with process at its principal business office. Barclays Bank PLC is alleged to act as trustee of LB-Dwelling Series VI Trust in certain recorded documents affecting the subject loan

4. Upon information and belief, Defendant Wilmington Trust, N.A. ("Wilmington Trust") is a national banking association with a principal business office located at 1100 North Market Street, Wilmington, Delaware 19890. Wilmington Trust may be served with process at its principal business office. Wilmington Trust, N.A. was identified to Plaintiff as the new owner of the loan as trustee for MFRA Trust 2015-1

5. Upon information and belief, Defendant Meridian Asset Services, LLC ("Meridian") is a limited liability company with a principal business office located at 140 Fountain Parkway N, Suite 100, St. Petersburg, Florida 33716. Meridian may be served with process at its principal business office. Meridian Asset Services, LLC is identified in the Original Petition as a defendant with its business office in St. Petersburg, Florida

6. Upon information and belief, Defendant ServiceMac LLC ("ServiceMac") is a limited liability company. The principal business office of ServiceMac is unknown at this time and will be provided when ascertained. ServiceMac may be served with process at its principal business office or wherever it may be found. ServiceMac LLC provides certain mortgage servicing functions related to the subject loan

7. Upon information and belief, Defendant Resolve Trustee Services L.L.C. ("Resolve") is a limited liability company. The principal business office of Resolve is unknown at this time and will be provided when ascertained. Resolve may be served with process at its principal business office or wherever it may be found. Resolve Trustee Services L.L.C. is identified as a defendant involved in the subject foreclosure-related activities

8. Upon information and belief, Defendant Auction.com and Individual Auctioneers ("Auction.com") is an entity or group of individuals whose principal business office or addresses are unknown at this time and will be provided when ascertained. Auction.com may be served with process at its

2

principal business office or wherever its individual auctioneers may be found. Auction.com and certain individual auctioneers were appointed as substitute trustees involved in foreclosure proceedings

9. Upon information and belief, Defendant Citadel Servicing Corporation dba Acra Lending ("Citadel/Acra") is a corporation doing business as Acra Lending and acts as servicer of the subject mortgage loan; it may be served at P.O. Box 100081 Deluth, Ga, 30096. Citadel Servicing Corporation dba Acra Lending is identified as servicer of the subject loan and as an assignor/assignee in recorded assignments impacting the deed of trust Citadel Servicing Corporation dba Acra Lending is identified as the mortgage servicer and a potential debt collector for the subject loan in borrower communications

10. Upon information and belief, Defendant Citadel Asset Flow is an entity identified as "Investor/Owner/Guarantor" associated with the subject loan and may be served at Attn: Payoff Department 9726 Old Bailes Road Suite 200, Fort Mill, SC, 29707. Citadel Asset Flow is named as "Investor/Owner/Guarantor" of the loan in a payoff letter

11. Upon information and belief, Trust Grantor Edward Riley, an Unmarried Man, is an individual who is listed as a secured party in a UCC financing statement referencing the subject mortgage loan and may be served at 5981 Hudson Sail Circle. Edward Riley, an Unmarried Man, is listed as a secured party in a Texas UCC financing statement referencing the $1,440,000 loan secured by 5981 Hudson Sail Circle

12. Prestige, Barclays, Wilmington Trust, Meridian, ServiceMac, Resolve, Auction.com, Citadel/Acra, and Citadel Asset Flow, are collectively referred to as "Defendants," together with any previously named defendants. The Original Petition identified Prestige, Barclays (as trustee of LB-Dwelling Series VI Trust), Wilmington Trust (as trustee of MFRA Trust 2015-1), Meridian, ServiceMac, Resolve, and Auction.com as defendants

JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction over this case because Plaintiff seeks monetary relief over $1,000,000, including compensatory damages of $1,440,000, punitive damages of $4,320,000, attorney fees ranging from $100,000 to $500,000, and emotional distress damages between $250,000 and $1,000,000, as well as statutory damages under federal and state law. The damages sought are within the jurisdictional limits of this Court. Plaintiff seeks monetary relief over $1,000,000, including specified compensatory, punitive, fee, and emotional distress damages

14. This Court has personal jurisdiction over Defendants because, as more specifically alleged below, Defendants have engaged in acts and omissions in Texas related to the subject property and loan that give rise to Plaintiff's

3

claims. Defendants engaged in acts in Texas including preparation, execution, recording, servicing, and attempted foreclosure related to the Fort Worth property

15. Venue is proper in Tarrant County, Texas, because this action concerns real property located at 5981 Hudson Sail Circle, Fort Worth, Tarrant County, Texas 76179, and a substantial part of the events or omissions giving rise to the claims occurred there. The property is located at 5981 Hudson Sail Circle, Fort Worth, Texas 76179, and events were recorded in the Official Public Records of Tarrant County, Texas

STATEMENT OF FACTS

16. On September 4, 2024, a mortgage loan in the amount of $1,440,000 was originated for the property located at 5981 Hudson Sail Circle, Fort Worth, Texas 76179. The loan was originated on September 4, 2024, for $1,440,000 secured by 5981 Hudson Sail Circle

17. The lender for the loan was Citadel Servicing Corporation dba Acra Lending.

18. The original deed of trust was recorded on September 5, 2024, as Instrument No. D224159110 in the Official Public Records of Tarrant County, Texas, designating Mortgage Electronic Registration Systems, Inc. as nominee and beneficiary.

19. On October 2, 2024, the property was transferred to Plaintiff.

20. On or about October 8, 2024, Plaintiff received a servicing transfer notice identifying Wilmington Trust, N.A., solely as trustee of MFRA Trust 2015-1, as the new owner of the loan, while Citadel remained servicer during the transfer; no recorded assignment documenting transfer to MFRA Trust 2015-1 was provided. Plaintiff received a notice identifying Wilmington Trust, N.A., as trustee of MFRA Trust 2015-1, as new owner, and Citadel as continuing servicer No recorded assignment was provided to Plaintiff documenting the transfer of the loan to MFRA Trust 2015-1

21. Thereafter, multiple assignments and filings were recorded, including a February 6, 2025 assignment from MERS to Citadel Servicing Corporation, an April 21, 2025 assignment purporting to transfer to LB-Dwelling Series VI Trust, and a September 25, 2025 assignment purporting to transfer from LB-Dwelling Series VI Trust to Acra Lending, with additional substitute trustee appointments. An assignment dated February 6, 2025, was recorded purporting to transfer the deed of trust from MERS (as nominee) to Citadel Servicing Corporation An assignment recorded April 21, 2025, purported to transfer to LB-Dwelling Series VI Trust and was backdated to September 4, 2024 An assignment recorded September 25, 2025, purported to transfer from LB-Dwelling Series VI Trust to Acra Lending and was backdated to September 4, 2024 On October 17, 2025, a Removal of Trustee/Appointment

4

of Substitute Trustee was recorded appointing Auction.com, Prestige Default Services, LLC, and others

22. Communications and notices associated with the loan identify Citadel/Acra as servicer and potential debt collector, ServiceMac as providing certain mortgage servicing functions for Citadel, and Citadel Asset Flow as "Investor/Owner/Guarantor." Citadel/Acra is identified in borrower notices as servicer and potential debt collector, and ServiceMac provides certain servicing functions for Citadel Citadel Asset Flow is named as "Investor/Owner/Guarantor" in a payoff letter

23. A Texas UCC financing statement lists TRX Dynasty Express Trust as secured party and Edward Riley, an Unmarried Man, as an additional secured party, referencing the $1,440,000 note secured by the subject property.

24. The assignments, substitute trustee appointment, and conflicting ownership claims created a cloud on title and were used as a basis to initiate foreclosure proceedings against the property, causing imminent harm to Plaintiff. The assignments and transfers created a cloud on the title to the property

CAUSES OF ACTION

25. Plaintiff re-pleads and incorporates by reference the Causes of Action previously asserted in the Original Petition against all Defendants, including the newly added defendants, as applicable: Illegal, Unauthorized, and Void Assignments; Robo Signing (Forgery and Fraudulent Document Execution); MERS Dual-Role Void Ab Initio Defect; Violations of TILA, RESPA, and FDCPA; Civil and Criminal Fraud; Texas and Federal RICO; and Due Process Deprivation. The Original Petition asserts causes of action including illegal and void assignments, robo-signing, MERS dual-role defect, violations of TILA/RESPA/FDCPA, civil and criminal fraud, RICO, and due process deprivation

PRAYER FOR RELIEF

WHEREFORE, Plaintiff TRX Dynasty Express Trust respectfully requests that this Court:

a) Issue declaratory and injunctive relief and damages as set forth in the Original Petition, now applicable to all Defendants named in this First Amended Complaint, including Prestige Default Services, LLC; Barclays Bank PLC (Trustee of LB-Dwelling Series VI Trust); Wilmington Trust, N.A.

5

(Trustee of MFRA Trust 2015-1); Meridian Asset Services, LLC; ServiceMac LLC; Resolve Trustee Services L.L.C.; Auction.com and Individual Auctioneers; Citadel Servicing Corporation dba Acra Lending; Citadel Asset Flow; and

b) Grant such other and further relief, at law or in equity, to which Plaintiff may be justly entitled.

JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED: January 8, 2026

Respectfully submitted,

*Zaimick T Milhouse*

By: Power of Attorney / Authorized Representative
ABA #05737194
5981 Hudson Sail Circle
Fort Worth, Tarrant County, Texas 76179
E-mail: ceo@GlobalCommunicationsEnt.com
Tel. 346-740-8033 POWER OF ATTORNEY IN CHARGE FOR
TRX Dynasty Express Trust, Zaimick Milhouse

VERIFICATION/DECLARATION

"I, Zaimick Milhouse, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Executed on _____01/09/2026_____.

5981 Hudson Sail Circle Fort Worth, Tarrant County, Texas 76179
E-mail: ceo@GlobalCommunicationsEnt.com
Tel. 346-740-8033 POWER OF ATTORNEY IN CHARGE FOR
TRX Dynasty Express Trust, Zaimick Milhouse

6